# Court of Appeals
## Tenth Appellate District of Texas

10-25-00170-CV

In the Matter of the Marriage of Jamika Jackson and Akli Bakari Jackson and In the Interest of M.E.J., a Child

On appeal from the
County Court at Law of Navarro County, Texas
Judge Amanda Doan Putman, presiding
Trial Court Cause No. C21-30154-CV

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

**MEMORANDUM OPINION**

Appellant filed an appeal from an oral ruling dismissing a guardian ad litem and extending temporary orders in a proceeding under the Family Code. By letter dated June 10, 2025, the Clerk of this Court notified Appellant that the appeal is subject to dismissal because there is no final, appealable order and that the appeal would be dismissed unless, within 14 days, a response was filed showing grounds for continuing the appeal. A response was filed on June 11, 2025, but it does not show any ground to continue the appeal.

Temporary orders in proceedings relating to a child under the Family Code are not appealable.  *See* TEX. FAM. CODE §105.001(e); *see also Little v. Daggett*, 858 S.W.2d 368, 369 (Tex. 1993) (orig. proceeding) (per curiam).

Accordingly, this appeal is dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 18, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

